IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01761-CMA-MJW

PHILIP WHITE,

Plaintiff,

v.

CITY AND COUNTY OF DENVER,
ROBERT WYCOFF, in his individual and official capacity,
KYLLION CHAFIN, in his individual and official capacity,
KRISTY GARCIA, in her individual and official capacity,
GREYHOUND LINES, INC.,
CODE-3 PROTECTION & SECURITY LLC, and
DANIEL BURKE,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Motion for Leave to File Second Amended Complaint (Docket No. 41) is GRANTED for the reasons stated in the subject motion and in the interest of justice as outlined in Fed. R. Civ. P. 15(a)(2). The Second Amended Complaint (Docket No. 41-1) is accepted for filing and the Clerk is directed to file the Second Amended Complaint as of the date of this order. As to defendants' futility argument, Judge Ebel has previously addressed that issue in the case of General Steel Domestic Sales, LLC v. Steel Wise, LLC, 2008 WL 2520423 (D. Colo. 2008). In the General Steel case, Judge Ebel stated, in pertinent part: "Defendants' futility argument seems to place the cart before the horse. Rather than force a Rule 12(b)(6) motion into a Rule 15(a) opposition brief, the defendants may be better served by waiting to assert Rule 12 motions until the operative complaint is in place."

In light of the above, it is FURTHER ORDERED that Defendant Greyhound Lines, Inc.'s Motion to Dismiss Plaintiff's First Amended Complaint (Docket No. 24) and Denver Defendants' Motion for Partial Dismissal (Docket No. 28) are DENIED WITHOUT PREJUDICE AS MOOT. See, e.g., Gotfredson v. Larsen LP, 432 F. Supp. 2d 1163, 1172 (D. Colo. 2006) (noting that "Defendants' motions to dismiss are technically moot because they are directed at a pleading that is no longer operative").

Date: September 25, 2013