IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01761-CMA-MJW

PHILIP WHITE,

Plaintiff,

v.

CITY AND COUNTY OF DENVER,
ROBERT WYCOFF, in his individual and official capacity,
KYLLION CHAFIN, in his individual and official capacity,
KRISTY GARCIA, in her individual and official capacity,
GREYHOUND LINES, INC.,
CODE-3 PROTECTION & SECURITY LLC, and
DANIEL BURKE,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendants' Partially Opposed Motion for Protective Order (docket no. 85) is GRANTED finding good cause shown. The written Protective Order (docket no. 85-1) is APPROVED as amended in paragraphs 13 and 16 and made an Order of Court.

Date: December 19, 2013