IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01761-CMA-MJW

PHILIP WHITE,

Plaintiff,

v.

CITY AND COUNTY OF DENVER,
ROBERT WYCOFF, in his individual and official capacity,
KYLLION CHAFIN, in his individual and official capacity,
KRISTY GARCIA, in her individual and official capacity,
GREYHOUND LINES, INC.,
CODE-3 PROTECTION & SECURITY LLC, and
DANIEL BURKE,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Joint Motion to Modify Scheduling Order with Respect to Expert Disclosures (Docket No. 104) is GRANTED. The Scheduling Order (Docket No. 76) is amended to extend the deadline to disclose affirmative experts up to and including April 16, 2014, and the deadline to disclose rebuttal experts up to and including May 16, 2014.

Date: April 3, 2014