IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01761-CMA-MJW

PHILIP WHITE,

Plaintiff,

v.

CITY AND COUNTY OF DENVER,
ROBERT WYCOFF, in his individual and official capacity,
KYLLION CHAFIN, in his individual and official capacity,
KRISTY GARCIA, in her individual and official capacity,
GREYHOUND LINES, INC.,
CODE-3 PROTECTION & SECURITY LLC, and
DANIEL BURKE,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that plaintiff's Unopposed Motion for Order Setting Depositions at Federal Courthouse (Docket No. 112) is GRANTED. The parties shall be permitted to take the following depositions at the Federal Courthouse: Commander Ron Thomas on May 9, 2014 beginning at 9:00 a.m.; Technician Aaron Brill on May 9, 2014 beginning at 1:00 p.m; and Defendant Kyllion Chafin on June 3, 2014 beginning at 9:00 a.m. Plaintiff's counsel is directed to contact Brenda Martinez (303-335-2076) to make arrangements for the May 9, 2014 and June 3, 2014 depositions.

Date: May 2, 2014