IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 13-cv-01761-CMA-MJW

PHILIP WHITE,

     Plaintiff,

v.

CITY AND COUNTY OF DENVER,
ROBERT WYCOFF, in his individual and official capacity,
KYLLION CHAFIN, in his individual and official capacity,
KRISTY GARCIA, in her individual and official capacity,
GREYHOUND LINES, INC., and
DANIEL BURKE,

     Defendants.

---

### ORDER DISMISSING DEFENDANT GREYHOUND LINES, INC.

---

     This matter is before the Court on Plaintiff's Notice of Dismissal With Prejudice of Defendant Greyhound Lines, Inc. (Doc. # 129).  The Court has reviewed the Notice and ORDERS as follows:

     Defendant Greyhound Lines, Inc. is hereby DISMISSED WITH PREJUDICE, each party to pay his or its own attorney fees and costs.  It is

     FURTHER ORDERED that, in light of the Notice of Dismissal, Defendant Greyhound Lines, Inc.'s Motion to Dismiss (Doc. # 69) is DENIED AS MOOT.  It is

2

FURTHER ORDERED that the caption on all subsequent filings shall reflect the removal of Greyhound Lines, Inc. as a Defendant in this case. It is

DATED: June   06  , 2014

BY THE COURT:

*Christine M Arguello*

_____
CHRISTINE M. ARGUELLO
United States District Judge