IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01761-CMA-MJW

PHILIP WHITE,

Plaintiff,

v.

CITY AND COUNTY OF DENVER,
ROBERT WYCOFF, in his individual and official capacity,
KYLLION CHAFIN, in his individual and official capacity,
KRISTY GARCIA, in her individual and official capacity,
CODE-3 PROTECTION & SECURITY LLC, and
DANIEL BURKE,

Defendants.

_____

MINUTE ORDER

_____

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Denver's [Motion for] Withdrawal of Motion for
Protective Order (Docket No. 131) is GRANTED.  Denver's Motion for Protective Order
to Quash the Rule 30(b)(6) Deposition (Docket No. 117) is hereby WITHDRAWN
without prejudice.

Date: June 13, 2014