IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01761-CMA-MJW

PHILIP WHITE,

Plaintiff,

v.

CITY AND COUNTY OF DENVER,
ROBERT WYCOFF, in his individual and official capacity,
KYLLION CHAFIN, in his individual and official capacity,
KRISTY GARCIA, in her individual and official capacity,
CODE-3 PROTECTION & SECURITY LLC, and
DANIEL BURKE,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED plaintiff's Unopposed Motion to Modify Scheduling Order to Extend Discovery Cut-Off and Dispositive Motions Deadlines and Vacate Final Pretrial Conference (Docket No. 135) is GRANTED for good cause shown.  The Scheduling Order (Docket No. 76) is amended to extend the discovery cut-off date to September 22, 2014 and the dispositive motions deadline to October 21, 2014.

     It is FURTHER ORDERED that the Final Pretrial Conference set for September 23, 2014 at 9:30 a.m. is VACATED.  The Final Pretrial Conference is RESET for December 18, 2014 at 1:30 p.m.

Date: June 18, 2014