IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01761-CMA-MJW

PHILIP WHITE,

Plaintiff,

v.

CITY AND COUNTY OF DENVER,
ROBERT WYCOFF, in his individual and official capacity,
KYLLION CHAFIN, in his individual and official capacity,
KRISTY GARCIA, in her individual and official capacity,
CODE-3 PROTECTION & SECURITY LLC, and
DANIEL BURKE,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED plaintiff's Unopposed Motion to Modify Scheduling Order to Extend Discovery Cut-Off Deadline Regarding Depositions and Supplemental Expert Disclosure Deadline, Dispositive Motions Deadline, and Vacate Final Pretrial Conference (Docket No. 151) is GRANTED for good cause shown.

The Scheduling Order (Docket No. 76) is AMENDED to extend the discovery cut-off date to November 12, 2014, and to extend the dispositive motion deadline to December 15, 2014.

It is FURTHER ORDERED that the Final Pretrial Conference set for December 18, 2014 at 1:30 p.m. is VACATED. The Final Pretrial Conference is RESET for January 26, 2015 at 10:00 a.m.

Date: August 28, 2014