IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 13-cv-01761-CMA-MJW

PHILIP WHITE,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER,
ROBERT WYCOFF, in his individual and official capacity,
KYLLION CHAFIN, in his individual and official capacity,
KRISTY GARCIA, in her individual and official capacity,
CODE-3 PROTECTION & SECURITY LLC, and
DANIEL BURKE,

    Defendants.

---

## ORDER GRANTING DISMISSAL OF DEFENDANT KRISTY GARCIA AND TO AMEND CAPTION

---

This matter is before the Court on Plaintiff's Unopposed Motion To Dismiss Party Defendant (Doc. # 159). The Court has reviewed the Motion and ORDERS as follows:

The Motion is GRANTED, and Defendant Kristy Garcia is hereby DISMISSED WITH PREJUDICE. It is

FURTHER ORDERED that each party shall pay his and her own costs and attorney fees. It is

FURTHER ORDERED that the caption on all subsequent filings shall reflect the removal of Kristy Garcia as a Defendant in this case.

DATED: December 10, 2014

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge