IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01761-CMA-MJW

PHILIP WHITE,

Plaintiff,

v.

CITY AND COUNTY OF DENVER,
ROBERT WYCOFF, in his individual and official capacity,
KYLLION CHAFIN, in his individual and official capacity,
CODE-3 PROTECTION & SECURITY LLC, and
DANIEL BURKE,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Code-3 Protection & Security LLC and Daniel Burke's Unopposed Motion to Modify Final Pre-Trial Order (Docket No. 204) is GRANTED.

It is further ORDERED that Plaintiff's Fourth Claim for Relief for Conspiracy under 42 U.S.C. § 1985 is STRICKEN from the Final Pretrial Order.

Date: March 16, 2015