IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 13-cv-01761-CMA-MJW

PHILIP WHITE,

    Plaintiff,

v.

ROBERT WYCKOFF, in his individual and official capacity,
KYLLION CHAFIN, in his individual and official capacity,
CODE-3 PROTECTION & SECURITY LLC, and
DANIEL BURKE,

    Defendants.

---

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR PERMISSION TO BRING HANDCUFFS TO COURT AS DEMONSTRATIVE EXHIBIT**

---

Defendants Robert Wyckoff and Kyllion Chafin ("Defendants") request that the Court authorize them to bring the set of handcuffs used to arrest Plaintiff White to Court as a demonstrative exhibit. (Doc. # 282.) It is

ORDERED that Defendants' Motion (Doc. # 282) is GRANTED. Defendants are authorized to bring the set of handcuffs into the Alfred A. Arraj Federal Courthouse and Courtroom A602 during the week of trial, which is October 26, 2015 to October 30, 2015. Defendants shall make the handcuffs available to Plaintiff each day of the trial.

DATED: October 25, 2015

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge