## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Christine M. Arguello

Civil Action No. 13-cv-01761-CMA-MJW

PHILIP WHITE,

    Plaintiff,

v.

ROBERT WYCOFF, in his individual and official capacity,
KYLLION CHAFIN, in his individual and official capacity,
CODE-3 PROTECTION & SECURITY LLC, and
DANIEL BURKE,

    Defendants.

## ORDER GRANTING DISMISSAL OF DEFENDANTS
## CODE-3 PROTECTION & SECURITY LLC, AND DANIEL BURKE
## AND TO AMEND CAPTION

This matter is before the Court on the Joint Motion to Dismiss With Prejudice All Claims Against Code-3 Protection & Security LLC and Daniel Burke (Doc. #326).  The Court has reviewed the Motion and ORDERS as follows:

The Motion is GRANTED.  All claims asserted in this case against Code-3 Protection & Security LLC and Daniel Burke are hereby DISMISSED WITH PREJUDICE.  It is

FURTHER ORDERED that each party shall pay their own costs and attorney fees.  It is

FURTHER ORDERED that the caption on all subsequent filings shall reflect the removal of Code-3 Protection & Security LLC and Daniel Burke Defendants in this case.

DATED January 6, 2016

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge