# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01761-CMA-MJW

PHILIP WHITE,

    Plaintiff,

v.

ROBERT WYCOFF, in his individual and official capacity, and
KYLLION CHAFIN, in his individual and official capcaity,

    Defendants.

## AMENDED FINAL JUDGMENT

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    This action was tried before a jury of eight duly sworn to try the issues herein with U.S. District Judge Christine M. Arguello presiding, and the jury rendered a verdict.   It is

    ORDERED that judgment is entered on behalf of Defendant Robert Wyckoff and against Plaintiff Philip White.  It is

    FURTHER ORDERED that judgment is entered on behalf of Plaintiff Philip White and against Kyllion Chafin in the amount of $100,000.00 in compensatory damages, effective October 30, 2015, which is the date of the Verdict in this case. It is

    FURTHER ORDERED that judgment is entered on behalf of Plaintiff Philip White and against Kyllion Chafin in the amount of $300,000.00 in punitive damages, effective October 30, 2015, which is the date of the verdict in this case.  It is

    FURTHER ORDERED that postjudgment interest, calculated pursuant to 28

U.S.C. § 1961, is awarded on the unpaid portions of the Award, accruing from October 30, 2015, which is the date of the Verdict in this case, until the judgment is paid in full.

DATED: August 22, 2016

                            FOR THE COURT:
                            JEFFREY P. COLWELL, CLERK

                    By:  s/   V. Barnes

                            V. Barnes
                            Deputy Clerk